Case 1:20-cv-05475-LDH-JRC   Document 57   Filed 03/04/22   Page 1 of 2 PageID #: 439

Clerk's Office
File Date:
3/4/2022
U.S. DISTRICT
COURT-EDNY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                      Plaintiffs,

    -against-

RELIABLE CPM SURGICAL SUPPLY, INC., VADIM
SOLOMONOV, OLEG DADASHEV, LAXMIDHAR
DIWAN, M.D. A/K/A LAXMI DIWAN, FRANCES
RISPOLI, D.O., SIDDHARTHA SHARMA, D.P.M.,
DAVID CAPIOLA, M.D., and JOHN DOE
DEFENDANTS 1-10

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
1:20-CV-05475-LDH-RML

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT FRANCES RISPOLI, D.O.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Frances Rispoli, D.O. ("Defendant") that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of this action, all claims asserted by the Plaintiffs against Defendant are hereby discontinued, without prejudice. Each party shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action. This stipulation may be filed without any further notice with the Clerk of the Court.

Dated: March 3, 2022

| RIVKIN RADLER LLP | GARY TSIRELMAN PC |
|---|---|
| By: _____<br>      Michael Vanunu, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556 | By: _____<br>      Nicholas Bowers, Esq.<br>129 Livingston Street<br>Brooklyn, NY 11201 |
| *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty* | *Counsel for Defendant Frances Rispoli, D.O.* |

**SO ORDERED:**

  s/ LDH            3/4/2022
_____
**Honorable LaShann DeArcy Hall, USDJ**
**Eastern District of New York**

5722645.v1